# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| ANNIE M. SCALES, | ) | |
| Plaintiff(s), | ) | 2:10-cv-0329-RLH-PAL |
| vs. | ) | **O R D E R** |
| JUDGE ROBERT JOHNSTON, *et al.*, | ) | |
| Defendant(s). | ) | |

Before this Court is the Order and Report of Findings and Recommendation of United States Magistrate Judge (#3, filed April 28, 2010), entered by the Honorable Peggy A. Leen, regarding Plaintiff's Motion to proceed *in forma pauperis* (#1), and Judge Leen's screening of the complaint pursuant to 28 U.S.C. §1915(a). No objection was filed to Magistrate Judge Leen's Order and Report of Findings and Recommendation of United States Magistrate Judge in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada, and the matter was submitted for consideration.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Order and Report of Findings and Recommendation of Magistrate Judge Leen should be affirmed, accepted and adopted.

/ / / /

/ / / /

IT IS THEREFORE ORDERED that Magistrate Judge Leen's Order and Report of Findings and Recommendation (#3, entered April 28, 2010) is AFFIRMED, ACCEPTED and ADOPTED, and Plaintiff's Complaint is dismissed.

Dated:   May 25, 2010.

_____
**ROGER L. HUNT**
**Chief U.S. District Judge**

2